**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Dora "Yvette" Means and Russell Means v. Property Management Contractors, LLC, William Gregory

Appellate case number:     01-21-00415-CV

Trial court case number:     112993-CV

Trial court:                      149th District Court of Brazoria County

Appellants' Unopposed Motion for Leave to File Amended Reply Brief is GRANTED. Appellants' Amended Reply Brief is deemed filed.

It is so ORDERED.

Judge's signature: /s Amparo Guerra _____
                              Acting individually

Date:  February 24, 2022